No. 79–6139. TAYLOR *v.* ECONOMOPOULOS ET AL. Ct. App. D. C. Certiorari denied. 

No. 79–6181. WILSON *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 79–6184. JACKSON *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 79–6198. HARRIS *v.* BARBER, JUDGE. Sup. Ct. Ore. Certiorari denied.

No. 79–6201. CARVEY *v.* LEFEVRE, CORRECTIONAL SUPERIN-TENDENT, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 79–6202. TOWNES *v.* MITCHELL, PENITENTIARY SU-PERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 79–6205. SPEED *v.* MARYLAND. C. A. 4th Cir. Cer-tiorari denied. 

No. 79–6206. KICKASOLA *v.* JIM WALLACE OIL CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 79–6210. CHAMBERS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 79–6212. JONES *v.* TEXAS. Ct. Crim. App. Tex. Cer-tiorari denied. 

No. 79–6222. HEREFORD *v.* AJEMIAN. Ct. App. D. C. Certiorari denied.

No. 79–6223. WILLIAMS *v.* IOWA. Sup. Ct. Iowa. Cer-tiorari denied.